# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re:<br>STEVEN L POPE<br>KATHY POPE<br>Debtor. | CHAPTER # 7<br>CASE NO. 09-33667 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

__X__ **A** The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_____ **B** The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**             **CHECK AMOUNT**

Steven and Kathy Pope                            $3091.97
1661 N 775 W
Clinton, UT 84015

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$3091.97** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 1st day of August 2011.

_____/s/_____
Steven R. Bailey, Trustee